# Exhibit A
# State Court Docket Sheet

## Case Information

225100121268 | Roger Fountain vs. Cawley and Bergman LLC

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| 225100121268 | Precinct 5, Place 1 | Garcia, Israel B, Jr. |
| **File Date** | **Case Type** | **Case Status** |
| 04/12/2022 | Small Claims | Active |

## Party

**Plaintiff**
Fountain, Roger

Address
8524 Hwy 6 N #419
Houston TX 77095

**Defendant**
Cawley and Bergman LLC

Address
Corporation Service Company
Princeton South Corporate Center
100 Charles Ewing Blvd Ste 160
Ewing NJ 08628

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|---|---|---|---|---|
| 04/12/2022 | Small Claims | Action | Fountain, Roger | Cawley and Bergman LLC |

## Events and Hearings

### 04/12/2022 Citation by Certified Mail ▼

**Requested By**
Fountain, Roger

**Served**
05/03/2022

**Anticipated Server**
Harris County Justice of the Peace Precinct 5, Place 1: Christopher Luna

**Anticipated Method**
Certified Mail

### 04/12/2022 Original Petition Filed ▼

Original Petition Filed

### 04/12/2022 Citation by Certified Mail ▼

Citation - Small Claims Money Damages

### 04/12/2022 Cause Of Action ▼

| Action | File Date |
|---|---|
| Small Claims | 04/12/2022 |

### 04/25/2022 Notice ▼

Certificate of Service

**Comment**
Certificate of Service

### 05/16/2022 Service Return ▼

Service Return

05/16/2022 Answer Due

## Financial

Fountain, Roger

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $69.00 |
| Total Payments and Credits | | | | $69.00 |
| 4/12/2022 | Transaction Assessment | | | $54.00 |
| 4/12/2022 | Transaction Assessment | | | $15.00 |
| 4/12/2022 | Payment | Receipt # 2022-09782 | Fountain, Roger | ($69.00) |

## Documents

Original Petition Filed

Citation - Small Claims Money Damages

Certificate of Service

Service Return