# Exhibit B
# Index of State Court Documents and Attached State Court Documents

# Index of Each Pleading, Answer, and all Process and Orders in the State Court Action

1. Original Petition in the state court action filed April 12, 2022;
2. Citation (Small Claims Case) dated April 25, 2022;
3. Certificate of Service of Small Claims Citation dated April 25, 2022;
4. Service Return reflecting service on May 3, 2022 and filed May 16, 2022;
5. Defendant's Original Answer dated May 10, 2022.

# Original Petition

**Small Claims Petition**

NO. 225100121268

ROGER FOUNTAIN

Plaintiff(s)

§ In the Justice Court of Harris County, Texas
§ Precinct 5   Place 1

vs.

CAWLEY AND BERGMANN LLC

Defendant(s)

Plaintiff: ROGER FOUNTAIN

Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation)
INDIVIDUAL

Defendant: CAWLEY AND BERGMANN LLC
Address: 550 BROAD STREET SUITE 1001
City: NEWARK  State: NJ  Zip: 07102  Date of Birth (if applicable): N/A

Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation)
CORPORATION

*Defendant may be served by serving CORPORATION SERVICE COMPANY
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES EWING BLVD, STE 160
(state the address for service of process). EWING, NJ 08628
The defendant's usual place of business or residence, or other place where defendant can probably be found is
550 BROAD STREET SUITE 1001 NEWARK, NJ 07102

**Cause of Action**
(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)

PHONE CALLS ON APRIL 11, 2022 IN VIOLATION OF THE TCPA AND TEXAS' DNC REGISTRY

**Relief Requested** (Describe the relief you are requesting, itemizing the amount of damages you are seeking.)
$20,000.00 FOR EMOTIONAL DAMAGES

Respectfully submitted,

Signature of Plaintiff or Plaintiff's Attorney of Record
Printed Name: ROGER FOUNTAIN
State Bar No.
Address: 8524 HWY 6 N #419 HOUSTON, TX 77095
Telephone: 972-890-4059  Fax Number:
E-Mail Address: rcfountain@live.com

X Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

# Citation (Small Claims Case)

Citation - Small Claims Money Damages                                              Tracking Number:

## Case Number: 225100121268

| | | |
|---|---|---|
| Roger Fountain | § | In the Justice Court |
| Plaintiff | § | Harris County, Texas |
| vs. | § | Precinct 5, Place 1 |
| Cawley and Bergman LLC | § | 6000 Chimney Rock Road |
| Defendant | § | Suite 102 |
| | § | Houston, TX 77081 |
| | § | 713-274-8700 |
| | | www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

TO: **ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Cawley and Bergman LLC By Serving
Corporation Service Company,
Princeton South Corporate Center
100 Charles Ewing Blvd Ste 160
Ewing NJ  08628

**Alternative Service Address**
550 Broad Street Suite 1001
Newark, NJ 07102

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 04/12/2022

Nature of demand made by Plaintiff(s): money owed in the amount of $20,000.00.  A copy of the petition is attached.

### Notice
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 4/25/2022



/s/ Christopher Luna
Clerk of the Court
Harris County Justice Court
Precinct 5, Place 1

Address of Plaintiff
8524 HWY 6 N #419
Houston TX 77095
Phone Number: 972-890-4059

# Certificate of Service

Plaintiff **Rosey Fountain**

VS

Defendant **Cawley and Bergman LLC**

## CERTIFICATE OF SERVICE

CASE # 2251001Z1268

I HEREBY CERTIFY THAT ON THIS 25th DAY OF April, 2022,

I HAVE DELIVERED A TRUE AND CORRECT COPY OF

(document/filing) Small Claims Citation

BY: (means of delivery) Certified Mail

TO THE FOLLOWING:
Cawley and Bergman LLC
through Corporation Service Company
NAME

100 Charles Ewing Blvd Ste 160
ADDRESS

Ewing   NJ   07102
CITY    STATE  ZIP

7019 2970 0002 2454 9980
CERTIFIED RECEIPT NUMBER

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $ 1.53
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ 3.05
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 3.75
Total Postage and Fees $ 7.33
Sent To Corporation Service Company
Street and Apt. No., or PO Box No. 100 Charles Ewing Blvd Ste 160
City, State, ZIP+4 Ewing, NJ 07102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Sworn and Subscribed before me this 25th day of April, 2022

Clerk of the Court / Notary Public

[Seal: JUSTICE COURT PRECINCT 5 PLACE 1 HARRIS COUNTY TEXAS]

# Service Return



USPS TRACKING #

9590 9402 4535 8278 9481 44

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

**Judge Israel B. García, Jr.**

Justice of the Peace, Precinct 5 Place 1

Harris County, Texas

6000 Chimney Rock, Suite 102

Houston, Texas 77081

FILED
JUDGE ISRAEL B. GARCIA, JR.
PRECINCT 5 PLACE 1
HARRIS COUNTY, TEXAS

2022 MAY 16 PM 12: 48

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
100 Charles Ewing Blvd Ste 160
Ewing, NJ 07102

|||||||||||||||||||||||||||||||||
9590 9402 4535 8278 9481 44

2. Article Number (Transfer from service label)
7019 2970 0002 2454 9980

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Lisa Constad*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
5/3/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☑ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☑ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   2251001 21268   Domestic Return Receipt

# Defendant's Original Answer

Case No. 225100121268

| | | |
|---|---|---|
| **Roger Fountain,** § § **Plaintiff** § § **vs.** § § **Cawley and Bergmann LLC,** § § **Defendant.** § | | **IN THE JUSTICE COURT** **PRECINCT 5, PLACE 1** **HARRIS COUNTY, TEXAS** |

**DEFENDANT'S ORIGINAL ANSWER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant hereby answers Plaintiff's Original Petition as follows:

1. Pursuant to Tex. R. Civ. P. 92, Defendant generally denies the allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

2. As further answer, Defendant asserts the defense of setoff and asserts that any claim by Plaintiff must be set off against the sums owed by Plaintiff to Defendant.

3. Defendant specially denies that Plaintiff has suffered any damages.

4. Defendant is a limited liability company without Social Security Numbers or driver's license numbers.

WHEREFORE, premises considered, Defendant prays for judgment that Plaintiff take nothing by his suit, for all costs of this proceeding, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Liara Silva*

Manuel H. Newburger
TX Bar No. 14946500
Liara A. Silva
TX Bar No. 24117923

Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Ph: (512) 476-9103
Fax: (512) 279-0310
mnewburger@bn-lawyers.com
lsilva@bn-lawyers.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May, 2022, a true and correct copy of the foregoing has been served on the following:

> *Plaintiff:*
> Roger Fountain
> 8524 HWY 6 N #419
> Houston, Texas 77095
> Email:  rcfountain@live.com

| | |
|---|---|
| ___ | By hand delivery |
| _X_ | By postage prepaid, first class mail |
| _X_ | By the Court's electronic document filing system and/or by e-mail transmission |
| ___ | By courier receipted delivery |

*/s/ Liara Silva*
Liara Silva